**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

May 30, 2006

# NOTICE OF CORRECTION

**From:  Clerk's Office**

**Case Style: Robert Frizzle vs. Eli Lilly and Company, et al**
**Case Number: 2:06cv467-MHT**

**Pleading : #6 - Notice of Reassignment**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 5/30/2006 with the appropriate pdf attached.**

**The corrected pdf document is attached to this notice.**