IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROBERT FRIZZLE,              )
                             )
    Plaintiff,               )
                             )
                             )   CIVIL ACTION NO.
    v.                       )   2:06cv467-MHT
                             )
ELI LILLY and COMPANY and    )
YOLANDA McCAIN, Sales        )
Sales Representative,        )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion to stay (doc. no. 4) is set for submission, without oral argument, on June 23, 2006, with all briefs due by said date.

DONE, this the 1st day of June, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE