IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT FRIZZLE | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | *   CASE NO: 2:06-cv-00467-SRW |
| | * |
| ELI LILLY AND COMPANY, et al., | *   On Removal from Circuit Court of |
| | *   Montgomery County, Alabama |
| DEFENDANTS. | * |

### PLAINTIFF'S MOTION TO REMAND

COMES NOW THE PLAINTIFF, Robert Frizzle, by and through his counsel of record, and respectfully request this Court or remand the above cause to the Circuit Court of Montgomery County, Alabama. The Defendants have failed to establish that this cause falls under the jurisdiction of the federal courts. Plaintiffs bring this motion pursuant to 28 U.S.C. § 1447, and in further support hereof, state as follows:

1.   This Court lacks jurisdiction over this matter, in that the Court could not have had "original" jurisdiction over this matter, had the Plaintiff elected to file the cause in federal court, as required by 28 U.S.C. § 1441.

2.   This cause does not present any federal questions which would invoke this Court's jurisdiction over these proceedings, as permitted by 28 U.S.C. § 1331. State law predominates over the issues in this cause.

3.   Furthermore, one of the named Defendants shares the same state citizenship as the Plaintiff. Plaintiff and Defendant, Yolanda McCain, are residents of the State of Alabama. As such, complete diversity of citizenship, as mandated by 28 U.S.C. § 1332, is absent.

1

4. Defendant Lilly's assertion that the Plaintiff has fraudulently joined the in-state, individual Defendant is without merit and is unsupported by the evidence in this cause. Plaintiff in his state court complaint has averred viable claims under Alabama law against all Defendants. All Defendants are properly joined to this action. Defendant Lilly has failed to show that Alabama resident, Yolanda McCain, is fraudulently joined by the Plaintiff for the purpose of defeating federal jurisdiction.

For the reasons stated above and in the accompanying Brief in Support of Motion to Remand, Plaintiff urges the Court to remand this action to the Circuit Court of Montgomery County, Alabama.

Respectfully submitted this 9th day of June, 2006.

ANDY D. BIRCHFIELD, JR. (BIR006)
E. FRANK WOODSON (WOO034)
**Attorneys for the Plaintiff**

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:    (334) 954-7555

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the parties as listed below by placing a copy of same in the United States Mail, first class postage prepaid, on this the 9th day of June, 2006.

James C. Barton
Alan D. Mathis
**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203

_____
OF COUNSEL