**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JAN 1 1 2005 ★

BROOKLYN OFFICE

-------------------------------------------------X

IN RE- ZYPREXA LITIGATION

ORDER
04 MD 1596 (JBW)

-------------------------------------------------X

It is expected that all discovery to date will be shared by past and incoming parties without the need for duplication.

                                                                                       s/Jack B. Weinstein
                                                                                      JACK B. WEINSTEIN
                                         SR. UNITED STATES DISTRICT JUDGE

DATED: 1/5/05

